IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MAGGIE F. BROOKS,** | : | |
| Plaintiff | : | |
| v. | : | 5:07-CV-275 (WDO) |
| **ROBERT FRANK ABBOTT, et al.,** | : | |
| Defendants | : | |

## ORDER

Plaintiff brought this suit alleging employment discrimination, and named as defendants her former employer and two individuals who worked in the same office – Tammy Bell and Danielle Young. Defendants have filed a motion to dismiss Bell and Young, arguing they are not proper parties in this Title VII suit. Plaintiff has not responded to the motion. Pursuant to <u>Busby v. City of Orlando</u>, individual capacity suits under Title VII are inappropriate because the "relief granted under Title VII is against the employer, not individual employees whose actions would constitute a violation of the Act." <u>Busby v. City of Orlando</u>, 931 F.2d 764, 772 (11th Cir. 1991). Defendants Bell and Young are therefore DISMISSED.

**SO ORDERED this 12th day of September, 2007.**

**S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE**